UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REYMUNDO MANZANO-CASALES,

    Petitioner,

  v.

MICHAEL CHERTOFF, *et al.*,

    Respondents.

Case No. C05-693L

ORDER GRANTING MOTION TO DISMISS APPEAL

This matter comes before the Court on respondents' unopposed "Motion to Dismiss Appeal" (Dkt. # 13). Pursuant to Fed. R. App. P. 42(a), respondents may move the district court to dismiss their appeal provided that (1) the appeal has not been docketed by the circuit clerk and (2) all parties have received notice of the motion. A review of the court files indicates that these two conditions have been met. Accordingly, respondents' motion is GRANTED and the appeal is DISMISSED.

DATED this 2nd day of September, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO
DISMISS APPEAL